IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| SHEREE HOSKINS, | ) |
| | ) |
|     Plaintiff, | ) |
| | )     CIVIL ACTION NO. |
| v. | ) |
| | )     3:19−CV−00042−HSM−DCP |
| GENERAL MOTORS, LLC, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated and agreed by and between the parties and their respective counsel, pursuant to Fed. R. Civ. P. 41.01(a)(1)(A)(ii), that the above-captioned action is voluntarily dismissed without prejudice as to Defendant General Motors, LLC.

*/s/Daniel V. Parish*
Patrick M. Ardis (TN Bar # 8263)
Danny Parish (TN Bar #27452)
WOLFF ARDIS, P.C.
5810 Shelby Oaks Drive
Memphis, TN 38134
Telephone (901) 763-3336
Facsimile (901) 763-3376
E-mail dparish@wolffardis.com

*Attorneys for Plaintiff*

*/s/ Sanford G. Hooper*
Sanford G. Hooper (BOR No. 029692)
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 20th Street North
Birmingham, AL 35203-3200
205-581-0700
205-581-0799 *facsimile*
*Attorney for Defendant*